UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-101 SRN/KMM

United States of America,

           Plaintiff,

v.                                 **ORDER FOR APPOINTMENT**
                                     **OF COUNSEL**

Aaron Rhy Broussard,

           Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Christopher Madel, Attorney ID 230297, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Date: September 24, 2019                   *s/Katherine Menendez*
                                                     Katherine Menendez
                                                     United States Magistrate Judge