UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

RECEIVED BY MAIL
DEC 3 0 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

| United States of America | : | |
|---|---|---|
| v. | : | Case No. 0-CR-19-101 |
| Aaron Rhy Broussard | : | Honorable Judge Richard-Nelson |
| DEFENDANT | : | |
| | : | |

## MOTION TO PROCEED PRO SE
## AND WITHDRAW CURRENT COUNSEL

AND NOW comes the defendant, Aaron Rhy Broussard, by and through pro pursuant to *Faretta v. California, 422 U.S. 806 (1975)*, hereby submits "*Motion to proceed pro se and withdraw current counsel*".

Respectfully Submitted:

*Aaron Rhy Broussard*, pro se
SPN #13200
13880 Business Center Drive
Elk River, MN 55330
763-765-3800

SCANNED
DEC 3 0 2020
U.S. DISTRICT COURT ST. PAUL