UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-101 (SRN/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) ORDER AUTHORIZING THE |
| | ) GOVERNMENT TO OBTAIN "MAJOR |
| v. | ) CASE" FINGERPRINT EXEMPLARS |
| | ) FROM THE DEFENDANT |
| AARON RHY BROUSSARD, | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court on the government's motion for an order authorizing the government to obtain "major case" fingerprint exemplars from the defendant. The United States has shown that the fingerprints are necessary for trial, and are not overly burdensome or intrusive to the defendant.

NOW, THEREFORE, IT IS HEREBY ORDERED that the government's motion is GRANTED, and that United States Postal Inspector Sarah Wicker, in conjunction with her law enforcement designees, is authorized to obtain from the defendant a full set of fingerprints, including a ten-print card of the entirety of each finger including rolled sides and tips and the rolled edges of the palms from both hands, for comparative purposes.

Dated:  October _____, 2021

_____
Susan Richard Nelson
United States District Judge