RECEIVED
MAR 31 2022
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Judge Nelson,

On the Special Verdict form it appears Count 16 and Count 17 are worded exactly the same — In the packet ~~Count~~ Instroction 16 say 'Knowledge' Instruction 17 says Possession.

3/30/22
16:43

SIGNATURE REDACTED

SCANNED
APR 01 2022
U.S. DISTRICT COURT ST. PAUL