UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | File No. 19-CR-101 (SRN/ECW) |
| Plaintiff, | |
| v. | ORDER |
| Aaron Rhy Broussard, | |
| Defendant. | |

Thomas M. Hollenhorst and Melinda Williams, United States Attorney's Office, 300 South 4th St., Ste. 600, Minneapolis, MN 55415, for the Government

Aaron J. Morrison, Wold Morrison Law, Ste. 705, 331 Second Ave. S., Minneapolis, MN 55401, for Defendant

SUSAN RICHARD NELSON, United States District Judge

This matter is before Court on the Pro Se Motion for a Sentencing Continuance [Doc. No. 235] filed by Defendant Aaron Rhy Broussard. Broussard's sentencing hearing is currently scheduled to occur on Tuesday, August 2, 2022, at 9:30 a.m.

On July 27, 2022, Broussard filed a Pro Se Motion to Proceed Pro Se [Doc. No. 233], and on July 28, 2022, he filed a Pro Se Motion for Leave to File Untimely Requests for a New Trial and Dismissal of Multiple Counts [Doc. No. 234].

In his Pro Se Motion for a Sentencing Continuance, Broussard seeks a sentencing hearing extension of 60 days "[i]n anticipation of his requested pro se status" and to prepare for sentencing in a self-represented capacity. (Def.'s Pro Se Mot. for Cont. at 1–2.) The Court **grants in part [Doc. No. 235]** the Pro Se Motion for a Sentencing Continuance, and

**denies it in part**.  The Court will permit a continuance of approximately 30 days, instead of the 60 days requested.

The Court will entertain Broussard's Pro Se Motion to Proceed Pro Se and his Pro Se Motion for Leave to File Untimely Requests for a New Trial and Dismissal of Multiple Counts on **August 2, 2022 at 9:30 a.m**. in Courtroom 7B of the Warren E. Burger Federal Building and U.S. Courthouse, 316 N. Robert St., St. Paul, Minnesota 55101.  In other words, the date and time originally reserved for Broussard's sentencing will now be used to address his pro se motions.

**SO ORDERED**.

Dated:  July 29, 2022                                                              s/Susan Richard Nelson
                                                                                              SUSAN RICHARD NELSON
                                                                                              United States District Judge