UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America,** | Crim. No. 19-101 (SRN/ECW) |
| **Plaintiff,** | |
| v. | ORDER |
| **Aaron Rhy Broussard,** | |
| **Defendant/Petitioner** | |

Katharine T. Buzicky, Office of the U.S. Attorney, 316 N. Robert St., Ste. 404, Saint Paul, MN 55101; Melinda A. Williams and Thomas M. Hollenhorst, Office of the U.S. Attorney, 300 S. 4th St., Ste. 600, Minneapolis, Minnesota 55415, for Plaintiff United States of America

Aaron Rhy Broussard, Reg. No. 20944-041, USP-McCreary, Unit 1B, P.O. Box 3000, Pine Knot, KY 42635, Pro Se Defendant/Petitioner

SUSAN RICHARD NELSON, United States District Judge

Before the Court are: (1) Defendant Aaron Rhy Broussard's [Second] Pro Se Motion for Reconsideration ("Def.'s Second Mot. for Reconsid.") [Doc. No. 435] of the Court's December 6, 2024 Order [Doc. No. 433] on his previous Pro Se Motion for Reconsideration [Doc. No. 427]; and (2) his [Third] Pro Se Motion for Reconsideration and for a New Trial [Doc. No. 438].

"Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence." *United States v. Johnson*, No. 16-cr-0193 (WMW/BRT), 2021 WL 424675, at *1 (D. Minn. Feb. 8, 2021) (internal quotation marks and citation omitted). Such motions "should not be employed to relitigate old issues,

1

2

but rather to afford an opportunity for relief in extraordinary circumstances." *United States v. Hopkins*, No. 11-cr-230(1) (DWF), 2021 WL 363845, at *1 (D. Minn. Feb. 3, 2021). Mr. Broussard fails to meet the standard necessary for reconsideration. The Court has already stated its reasons for denying reconsideration in its December 6, 2024 Order.

Accordingly, it is **HEREBY ORDERED THAT**:

1. Defendant Aaron Rhy Broussard's [Second] Pro Se Motion for Reconsideration [Doc. No. 435] is **DENIED**.

2. Defendant Aaron Rhy Broussard's [Third] Pro Se Motion for Reconsideration [Doc. No. 438] is **DENIED.**

Dated: January 24, 2025

                                                      s/Susan Richard Nelson
                                                      SUSAN RICHARD NELSON
                                                      United States District Judge