UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                Crim. No. 19-101 (SRN/ECW)

    Plaintiff,

    v.                                                              ORDER

Aaron Rhy Broussard,

    Defendant/Petitioner

---

Katharine T. Buzicky, Office of the U.S. Attorney, 316 N. Robert St., Ste. 404, Saint Paul, MN 55101; Melinda A. Williams and Thomas M. Hollenhorst, Office of the U.S. Attorney, 300 S. 4th St., Ste. 600, Minneapolis, Minnesota 55415, for Plaintiff United States of America

Aaron Rhy Broussard, Reg. No. 20944-041, USP-Victorville, P.O. Box 3900, Adelanto, CA 92301, Pro Se Defendant/Petitioner

---

SUSAN RICHARD NELSON, United States District Judge

    Before the Court is the Government's Motion to Accept Late Filing [Doc. No. 462] regarding its response to the pending Pro Se Motion to Vacate Under 28 U.S.C. § 2255 [Doc. No. 455] filed by Defendant/Petitioner Aaron Rhy Broussard.  The Government's response was due on July 2, 2025, and Mr. Broussard's reply was to be due on July 23, 2005.   (Text-Only Order [Doc. No. 457].)

    Counsel for the Government states that on July 2, 2025, she attempted to file a request for a one-day filing extension for its response, and believed that the request had been successfully filed in the CM/ECF docketing system.  (Gov't's Mot. to Accept Late Filing at 1.)  When she realized that it had not been filed on the following day, July 3, 2025,

she filed the instant motion for an extension, along with the Government's response to Mr. Broussard's pending § 2255 motion, styled as the Government's Motion to Dismiss Defendant's Unauthorized Successive Motion to Vacate Sentence Under 28 U.S.C. § 2255 [Doc. No. 461].

Because the Government's noncompliance with the July 2, 2025 filing deadline was due to inadvertence and counsel attempted to comply with the filing deadline in good faith, missing the deadline by one day, the Court will accept the Government's late filing. Mr. Broussard is therefore granted an additional day to file his reply, which shall be filed on or before July 24, 2025.

Accordingly, it is **HEREBY ORDERED THAT**:

1. The Government's Motion to Accept Late Filing [Doc. No. 462] is **GRANTED**.

2. Mr. Broussard's reply to his pending Pro Se Motion to Vacate Under 28 U.S.C. § 2255 [Doc. No. 455] is extended to July 24, 2025.

Dated: July 8, 2025

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge